UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LATONIA SMITH,

                      Plaintiff,

v.

DARIN BALAAM, et al.,

                      Defendants.

3:22-cv-00539-ART-CSD

**ORDER**

Re: ECF No. 77

      Before the court is Plaintiff's Motion to Strike Extension Request. (ECF No. 77.) Plaintiff requests "that the court cancel her extension request to respond to defendants' motions for summary judgment." (*Id.*)

      **IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike Extension Request (ECF No. 77) is **GRANTED**.

      **IT IS FURTHER ORDERED** that Plaintiff's Motion to Extend Time to Respond to Defendants' Motions for Summary Judgment (ECF No. 73) is **DENIED** as moot.

      DATED: January 16, 2024.

                                                UNITED STATES MAGISTRATE JUDGE